

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| In Re: Gary Felsher, FGH Realty Partners, TVO Indian Trail Partners, LP, and AT Willowpointe Partners, LP, | § | No. 08-17-00111-CV |
| | § | AN ORIGINAL PROCEEDING |
| Relators. | § | IN MANDAMUS |
| | § | |
| | § | |

**O R D E R**

The Court has this day considered the Relators' second emergency motion for temporary relief, and concludes the motion should be GRANTED. It is, therefore, ORDERED that the order for mediation referral entered by the 346th District Court on April 28, 2017 in cause number 2013DCV0181, styled *Larry K. Durham, Trustee of the Larry K. Durham Revocable Trust Dated 3/19/97 v. The Vandenburg Organization, Inc., RVF Investment Corporation, SMJ-V Interest, Inc., TVO North America, LLC*, and the hearing scheduled for May 3, 2017 on the Receiver's Application and Recommendation for Sale of Judgment Debtors' Assets in the same case are stayed pending disposition of this original proceeding or further order of this Court.

IT IS SO ORDERED this 1st day of May, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.